UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:13-CV-00935-TBR

THOMAS E. PEREZ, Secretary of Labor,                                      Plaintiff
United States Department of Labor

v.

OFF DUTY POLICE SERVICES, INC., *et al.*                              Defendants

## ORDER

This matter is before the Court upon Plaintiff's Motion to Appoint Process Servers. (Docket No. 4.) Having considered Plaintiff's Motion and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that, pursuant to Fed. R. Civ. P. 4(c)(3), Christopher Binda, Anthony Martinez, and Matthew Utley are hereby authorized and appointed for the purpose of serving process upon the Defendants or their authorized agents in this action.

IT IS SO ORDERED.

Date:

cc:     Counsel