THOMAS E. PEREZ                                                                                    PLAINTIFF

V.

OFF DUTY POLICE
SERVICES, INC., *et al.*                                                                          DEFENDANTS

### SCHEDULING ORDER

A telephonic scheduling conference was held on February 12, 2014.

APPEARING BY PHONE:
For the Plaintiff:          Thomas A. Grooms
                            Matt S. Shepherd
For the Defendant:          Raymond C. Haley, III

**IT IS ORDERED:**

(1)  Disclosures pursuant to Fed.R.Civ.P. 26 (a)(1) have been completed**.**

(2)  No later than **October 1, 2014** parties shall file all motions to amend pleadings.

(3)  Identify experts in compliance with Fed.R.Civ.P.26(a)(2):
          Counsel stated there will be no experts

(4)  No later than **December 1, 2014** the parties shall complete all discovery**.  Pursuant to 28 U.S.C. § 636(b)(l)(A) this matter is referred to Magistrate Judge Lanny King for ruling on all discovery motions.**   No discovery motion may be filed without having a joint telephonic conference with the Judge arranged through his office (270-415-6470).

(5)  No later than **April 1, 2015** counsel for the parties shall file all dispositive motions and any motions objecting to the admissibility of expert witness testimony under Fed.R.Evid. 702 and *Daubert v. Merrell Dow Pharmaceutical, Inc., 509 U.S. 579(1993), Kumho Tire Co. v. Carmichael, 526 U.S. 137 (1999).*  The party filing the last pleading in response to such motions shall notify the Court by email to his case manager Kelly_P_Harris@kywd.uscourts.gov, with copies to opposing counsel, that the motions are ripe for decision.

(6)  The action is scheduled for a **telephonic final pretrial conference on July 10, 2015 at 10:00 a.m. EST.** The conference will be held telephonically, with the Court placing the call to counsel.  Attorneys who will be trying the case shall be available with full settlement authority.

(7)  On or before **June 26, 2015** the parties shall file:

      A.      Proposed Findings of Fact and Conclusions of Law with a legal memorandum to support the findings of fact and conclusions of law.

      B.      Exhibit list.

      C.      Witness list.

          1. Witnesses who will appear live.

          2. Witnesses who will be presented by deposition. The parties shall designate which portions of the depositions will be read or submitted at trial.  Opposing counsel may submit counter designation in five (5) days.

      D.      The parties shall file any objections to exhibits or witnesses within 7 days or they shall be waived.

(8)  The action is assigned for trial by **THE COURT** on the **21ˢᵗ** day of **July, 2015**, at **9:00 a.m.**  Counsel shall appear in chambers at 8:30 a.m.

(9)  At the commencement of trial, counsel shall furnish to the official court reporter a list of pre-marked exhibits intended for use at the trial.

cc:    Counsel
       Magistrate Judge Lanny King
       Case Manager

P | 15