**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, | ) ) ) ) | |
| Plaintiff | ) ) | Case No. 3:13-cv-00935-TBR |
| v. | ) ) ) | |
| OFF DUTY POLICE SERVICES, INC., DARRELL SPURGEON, and BONNIE SPURGEON, | ) ) ) ) | |
| Defendants | ) | |

**MOTION TO EXTEND DISCOVERY DEADLINE**

The Secretary of Labor, U.S. Department of Labor, respectfully requests that the Court issue an order extending the discovery deadline in this case to January 16, 2015. In support of this motion, the Secretary states the following:

1.    This case arises under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, et seq. In the complaint that was filed, the Secretary alleged that the Defendants committed overtime and recordkeeping violations. The Secretary is seeking back wages and liquidated damages for seventy six employees who were misclassified as independent contractors. The complaint was filed on September 30, 2013 [Doc. No. 1].

2.    A telephonic scheduling conference was held on February 12, 2014. Thereafter, the Court issued a scheduling order

that required the parties to complete discovery by December 1, 2014 [Doc. No. 14].

3. After the scheduling order was issued, the Secretary served written discovery on the Defendants. The discovery was mailed to the Defendants' attorneys on February 26, 2014. The Defendants responded to the discovery on May 1, 2014.[1] The Secretary took issue with the responses and the parties conferred regarding the discovery dispute. The Defendants supplemented their responses on August 27, 2014. As part of the Defendants' supplemental responses, hundreds of pages of payroll records were produced.

4. Depositions were taken on September 30, 2014 through October 2, 2014. Additional depositions were taken on November 12, 2014 and November 13, 2014. The Secretary took approximately thirteen depositions during this period. In the depositions, the Secretary obtained information regarding the Defendants pay practices and the records that were produced.

5. A representative from the Wage & Hour Division, U.S. Department of Labor, is currently in the process of updating the back wage calculations using the information obtained in discovery. This is a time consuming process because of the number of employees involved and the amount of documentation that was

---

[1] The Defendants requested, and the Secretary agreed, to an extension to respond to the discovery.

produced. The Secretary plans to use the updated calculations at the hearing. In the event that the Court agrees with the Secretary, and finds that the individuals performing services for the Defendants were employees, as opposed to independent contractors, the back wage calculations will serve as a basis for awarding damages.

6. Once the updated back wage calculations are completed, the Secretary plans to confer with the Defendants regarding the calculations and attempt to stipulate to the damages that should be awarded in the event that liability is established. However, if the Defendants will not stipulate to damages, the Secretary would like the opportunity to conduct additional discovery.[2]

Wherefore, the Secretary requests that the Court issue and order extending the discovery deadline to January 16, 2015. This will give the Secretary time to calculate back wages and, if necessary, conduct additional discovery. The undersigned consulted with the Defendants' attorney, Raymond Haley, on November 24, 2014, regarding this motion to extend the discovery deadline. Mr. Haley advised that he did not object to an extension of the discovery deadline.

---

[2] If the Defendants will not stipulate to the calculations made by the Wage & Hour Division, then the Secretary would like the opportunity to submit written discovery to the Defendants asking them to calculate back wages, or potentially, take a deposition under Fed. R. Civ. Proc. 30(b)(6).

Respectfully submitted,

M. PATRICIA SMITH
Solicitor of Labor

STANLEY E. KEEN
Regional Solicitor

POST OFFICE ADDRESS:

Office of the Solicitor
U. S. Department of Labor
618 Church Street
Suite 230
Nashville, Tennessee  37219-2456

Telephone: (615) 781-5330
Fax No. (615) 781-5321
E-mail: nash.fedcourt@dol.gov
        shepherd.matt@dol.gov

THERESA BALL
Associate Regional Solicitor


s/ Matt S. Shepherd___
MATT S. SHEPHERD
Attorney

U. S. Department of Labor
Attorneys for the Secretary

## CERTIFICATE OF SERVICE

I certify that on November 25, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

s/ Matt S. Shepherd _
MATT S. SHEPHERD
U. S. Department of Labor
Office of the Solicitor
618 Church Street, Suite 230
Nashville, Tennessee  37219
