UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:13-CV-935-DJH-LLK

THOMAS E. PEREZ                                                                               PLAINTIFF

v.

OFF DUTY POLICE SERVICES, INC., *et al.*                                           DEFENDANTS

## ORDER

This matter was referred to Magistrate Judge Lanny King by the District Judge (Docket # 14).

IT IS HEREBY ORDERED that a telephonic conference will be held on Wednesday, February 25, 2015, beginning at 2:30 p.m. Eastern Time (1:30 p.m. Central Time). Counsel for the parties shall connect to the conference by dialing the Toll Free Meeting Number 1-877-848-7030 and entering the Access Code 7238577#.

cc:     Counsel