UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:13-CV-935-DJH-LLK

THOMAS E. PEREZ                                                                                        PLAINTIFF

v.

OFF DUTY POLICE SERVICES, INC., *et al.*                                                DEFENDANTS

## ORDER

This matter was referred to Magistrate Judge Lanny King by the District Judge (Docket # 14). The Court held a telephonic conference with the parties on February 25, 2015.

IT IS HEREBY ORDERED that the Court grants Defendants retroactive leave to file their Defendants' Motion to Compel Urgent Services LLC's Compliance with Defendants' Subpoena (Docket # 21). Local Rule 7.1(c) governs all further briefing deadlines relative to the filing date of the motion, February 12, 2015.

IT IS FURTHER ORDERED that if no one files a response to the motion to compel on or before March 9, 2015, Defendants' counsel will notify the Court on or before March 11, 2015, of that fact by e-mailing the Court at Judge_King_Chambers@kywd.uscourts.gov and copying all other attorneys of record in this case.

IT IS FURTHER ORDERED that Defendants' counsel will provide a copy of this order as soon as reasonably possible to John H. Dwyer, Jr. of Zielke Law Firm PLLC, the attorney upon whom Defendants' counsel served the motion to compel on behalf of non-party Urgent Services LLC.

cc:     Counsel
p:      0.12