## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, | )<br>)<br>) |
| Plaintiff | ) Case No. 3:13-cv-00935-DJH |
| v. | )<br>) |
| OFF DUTY POLICE SERVICES, INC., DARRELL SPURGEON, and BONNIE SPURGEON, | )<br>)<br>) |
| Defendants | ) |

### PLAINTIFF'S WITNESS AND EXHIBIT LIST

The Plaintiff, the Secretary of Labor, United States Department of Labor, in compliance with the scheduling order issued on February 19, 2014 in the case above, submits the following witness and exhibit list.

**I. Witnesses**

The Secretary plans to call the following witnesses at the hearing:

1. Darrell Spurgeon
2. Bonnie Spurgeon
3. Frank Medieros
4. Merle Brown
5. Gregory Brock Pittman
6. Johnnie Craig Pittman
7. Perry Cox

8.  Booker T. Polin

9.  James Ashley

10. Ronald R. Stallings

11. Jason Petra

12. Stephen A. Newman

13. John B. Duerr

14. Gary Asher

15. Greg Hunt

16. Christopher Binda

The Secretary may, if necessary, call the following witnesses at the hearing:

1.  Thomas David

2.  Azell Jackson

3.  Ronald Cheak

4.  Dan McCauley, CPA

5.  Other individuals listed on Exhibit A to the complaint

The Secretary reserves the right to call additional witnesses for impeachment and rebuttal purposes.

## II. Exhibits

The Secretary plans to submit copies of the following exhibits at the hearing:

1.  Form WH-56 Summary of Unpaid Wages (for the two-year period prior to the filing of the lawsuit),

2. Form WH-56 Summary of Unpaid Wages (for the three-year period prior to the filing of the lawsuit),

3. Wage Transcription and Computation Worksheets,

4. Statement of Frank Medieros (dated 12/16/11),

5. Chris Binda's notes from initial conference,

6. Contracts produced by the Defendants in discovery (Bates stamped documents D_7481 to D_8206),

7. Document titled "Off Duty Police Services, Inc. – Authorization to Release Information,"

8. Document titled "Duties and Responsibilities for Officers Working for ODPS,"

9. Document titled "Off Duty Police Services, Inc. T.C.O./Security Policies and Procedures Information Guidelines,"

10. Screenshot from ODPS' website showing "Duties and Responsibilities for Officers Working Traffic for LG&E-KU Detail,"

11. Pictures of vest, patches, and hat provided to security guards and traffic control officers,

12. Defendants' responses to the Plaintiff's First Set of Interrogatories and Requests for Production of Documents,

13. Defendants' supplemental responses to the Plaintiff's First Set of Interrogatories and Requests for Production of Documents,

14. Defendants' responses to the Plaintiff's First Set of Requests for Admissions,

15. Equipment invoices produced by the Defendants in discovery (Bates stamped documents D_7457 to D_7480),

16. Payroll records (which include vendor reports, invoices, spreadsheets, and other documents showing hours worked, pay rates, and/or wages paid), and

17. Documents from employee personnel files (including independent contractor agreements and subcontractor information forms).

                                                Respectfully submitted,

                                                M. PATRICIA SMITH
                                                Solicitor of Labor

                                                STANLEY E. KEEN
                                                Regional Solicitor

POST OFFICE ADDRESS:              THERESA BALL
                                                Associate Regional Solicitor

Office of the Solicitor
U. S. Department of Labor
618 Church Street                        s/ Matt S. Shepherd
Suite 230                                     MATT S. SHEPHERD
Nashville, Tennessee 37219-2456    Attorney

Telephone: (615) 781-5330           U. S. Department of Labor
Fax No. (615) 781-5321              Attorneys for the Secretary
E-mail: nash.fedcourt@dol.gov
        shepherd.matt@dol.gov

**CERTIFICATE OF SERVICE**

      I certify that on June 26, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

      s/ Matt S. Shepherd
MATT S. SHEPHERD
U. S. Department of Labor
Office of the Solicitor
618 Church Street, Suite 230
Nashville, Tennessee 37219