UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

THOMAS E. PEREZ, Secretary of Labor,
United States Department of Labor,                                                          Plaintiff,

v.                                          Civil Action No. 3:13-cv-935-DJH-LLK

OFF DUTY POLICE SERVICES, INC., et al.,                            Defendants.

\* \* \* \* \*

## JUDGMENT

In accordance with the Memorandum of Decision and Order (D.N. 62) and the Order entered on this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1)      Judgment is entered in favor of the Secretary of Labor and workers in the amount of $75,993.14.

(2)      This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(3)      This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.